Argued December 20, affirmed December 20, 1972

STATE OF OREGON, *Respondent, v.* GERALD
WAYNE CREW (No. 72 2400), *Appellant.*

503 P2d 1259

*Robert C. Cannon,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief was
Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORN-
TON, Judges.

AFFIRMED FROM THE BENCH.